# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WEEMS RESORTS, LLC, | ) | Case Number 1:09-bk-12115 |
| | ) | Chapter 11 |
| Debtor. | ) | |

## MOTION TO DISMISS

---

### NOTICE OF HEARING

Notice is hereby given that:

A hearing will be held on **June 10, 2010 at 10:00 a.m**. in Courtroom A, U.S. Bankruptcy Court, 31 E. Eleventh Street, Chattanooga, Tennessee, on the following:

### MOTION TO DISMISS

**If you do not want the Court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.**

---

As secured creditor, Northwest Georgia Bank moves to dismiss the case of Weems Resorts, LLC, Case No. 09-12115, for cause under 11 U.S.C. § 1112(b)(1) and (b)(4)(J) because this is a small business case and the Debtor failed to confirm its Second Amended Chapter 11 Plan within 45 days from its filing as required by §1129(e). Debtor also failed to request or receive an extension in accordance with 11 U.S.C. § 1121(e)(3).

Therefore, this Court should dismiss the case and allow Northwest Georgia Bank to take and foreclose on its collateral.

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P. C.

By: /s/ Jeffrey W. Maddux
    Bruce C. Bailey (BPR #011217)
    Jeffrey W. Maddux (BPR #027394)
1000 Tallan Building, Two Union Square
Chattanooga, TN 37402
Telephone: (423) 757-0296
Facsimile: (423) 508-1296
*Attorneys for Northwest Georgia Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss, was filed electronically with the United States Bankruptcy Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Brent James
Robert Harriss
Harriss Hartmann Law Firm PC
P.O. Drawer 220
Rossville, GA 30736

Kent Anderson
Assistant U.S. Attorney
1110 Market Street Suite 301
Chattanooga, TN 37402

Kim Swafford
31 East 11th Street, 4th Floor
Chattanooga, TN 37402

Weems Resorts
199 KOA Boulevard
Ringgold, GA 30736

This 20th day of May, 2010.

/s/ Jeffrey W. Maddux
Jeffrey W. Maddux
Chambliss, Bahner & Stophel, P.C.