**SO ORDERED.**

**SIGNED this 10 day of June, 2010.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



_____
**John C. Cook**
**UNITED STATES BANKRUPTCY JUDGE**
_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WEEMS RESORTS, LLC, | ) | Case Number  1:09-bk-12115 |
| | ) | Chapter 11 |
| Debtor. | ) | |

### <u>ORDER DISMISSING CASE</u>

This cause came on to be heard before the Court on upon Northwest Georgia Bank's

Motion to Dismiss.  The Court finds that said motion is well taken and shall be granted.  It is

therefore

**ORDERED** that secured creditor Northwest Georgia Bank's Motion to Dismiss is hereby

granted and this case is dismissed pursuant to 11 U.S.C. 1112(b)(1) and 11 U.S.C. 1112(b)(4)(J).

# # #